**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re:  KENNETH R WALLACE | § § § § § § § | Case No.: 09-13643 |
|        DONNA WALLACE | | |
| Debtor(s) | | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

    1)    The case was filed on 04/17/2009.

    2)    This case was confirmed on 06/29/2009.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/29/2009.

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on 01/04/2010, 08/12/2010, 02/28/2012.

    5)    The case was dismissed on 09/24/2012.

    6)    Number of months from filing to the last payment:  40

    7)    Number of months case was pending:  45

    8)    Total value of assets abandoned by court order:  NA

    9)    Total value of assets exempted: $    69,273.00

    10)    Amount of unsecured claims discharged without payment $       .00

    11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 88,002.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 88,002.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,808.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 5,129.26 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 7,937.26 |
| Attorney fees paid and disclosed by debtor | $ 692.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CIT MORTGAGE LOAN TR | SECURED | 237,000.00 | .00 | .00 | .00 | .00 |
| CIT GROUP SALES FIN | UNSECURED | 77,720.43 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,190.68 | 17,422.26 | 2,190.68 | 1,848.83 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 2,190.68 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 29,665.00 | 41,981.60 | 41,981.60 | 35,546.70 | 4,632.27 |
| CAPITAL ONE AUTO FIN | UNSECURED | 12,986.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED | 7,930.00 | 16,268.32 | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | UNSECURED | 8,583.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 13,545.00 | 22,619.31 | .00 | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 8,964.00 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO FIN | SECURED | 16,390.00 | 29,516.18 | 29,516.18 | 27,290.91 | 2,719.51 |
| WELLS FARGO AUTO FIN | UNSECURED | 14,940.36 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 30,595.00 | NA | NA | .00 | .00 |
| AMERICAN AIRLINES C | UNSECURED | .00 | 751.39 | 751.39 | 75.14 | .00 |
| ACCREDITED HOME LEND | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN AIRLINES | UNSECURED | 956.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 4,013.00 | 2,893.21 | 2,893.21 | 289.32 | .00 |
| AMERICAS SERVICING C | UNSECURED | .00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 2,621.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BENEFICIAL/HOUSEHOLD | UNSECURED | .00 | NA | NA | .00 | .00 |
| CROSSING POINTE | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 635.00 | NA | NA | .00 | .00 |
| CHASE CC | UNSECURED | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,841.00 | 1,841.90 | 1,841.90 | 184.19 | .00 |
| CHASE CC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHRYSLER FINANCIAL S | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITGO OIL/CITIBANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 10,066.00 | 10,361.45 | 10,361.45 | 1,036.15 | .00 |
| CITIBANK | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| CITICORP TRUST BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| COLUMBUS BANK & TRUS | UNSECURED | 1,020.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WEST SUBURBAN PHYSIC | UNSECURED | 144.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN PHYSIC | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 10,353.00 | 10,353.25 | 10,353.25 | 1,035.33 | .00 |
| DSNB MACYS | UNSECURED | .00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB WALMART | UNSECURED | .00 | NA | NA | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK OF HINSDALE | UNSECURED | .00 | NA | NA | .00 | .00 |
| HOMECOMINGS FINANCIA | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | 475.00 | 284.54 | 284.54 | 28.45 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC NV | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC NV | UNSECURED | 309.47 | NA | NA | .00 | .00 |
| JC PENNEY | UNSECURED | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| LANE BRYANT | UNSECURED | .00 | NA | NA | .00 | .00 |
| LANE BRYANT | UNSECURED | .00 | NA | NA | .00 | .00 |
| LANE BRYANT RETAIL | UNSECURED | .00 | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 8,445.00 | NA | NA | .00 | .00 |
| HSBC ORCHARD PLATINU | UNSECURED | 639.00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 1,460.00 | 1,460.84 | 1,460.84 | 146.08 | .00 |
| OPTION ONE MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,494.00 | 1,494.21 | 1,494.21 | 149.42 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 281.00 | 281.44 | 281.44 | 28.14 | .00 |
| PULLMAN BANK & TRUST | UNSECURED | .00 | NA | NA | .00 | .00 |
| RNB FIELDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 622.00 | 622.43 | 622.43 | 62.24 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SCA/VIP FURS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 7,799.00 | 8,585.54 | 8,585.54 | 858.55 | .00 |
| SELECT PORTFOLIO SER | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPIEGEL | UNSECURED | .00 | NA | NA | .00 | .00 |
| TARGET | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 7,187.00 | 7,187.03 | 7,187.03 | 718.70 | .00 |
| WF FIN BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFFINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/ASHLEY STEWART | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| WFNNB CHADWICK | UNSECURED | .00 | NA | NA | .00 | .00 |
| DRESS BARN/WFNNB | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/METRO STYLE | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/ROAMAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/TSA | UNSECURED | 12.00 | NA | NA | .00 | .00 |
| WFNNB VC FURNITURE | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| WFNNB/WOMAN/WITHIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| ZALES/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| KEYONDA SWANIGAN | OTHER | .00 | NA | NA | .00 | .00 |
| LATESHA WILLIAMS | OTHER | .00 | NA | NA | .00 | .00 |
| MARSHA BRANSFOLD | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,020.17 | 1,020.17 | 102.02 | .00 |
| CIT MORTGAGE LOAN TR | SECURED | NA | 8,266.41 | 777.48 | 777.48 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 24,708.21 | 24,708.21 | 2,470.82 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 644.86 | 644.86 | 64.49 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 777.48 | 777.48 | .00 |
| Debt Secured by Vehicle | 71,497.78 | 62,837.61 | 7,351.78 |
| All Other Secured | 2,190.68 | 1,848.83 | .00 |
| **TOTAL SECURED:** | 74,465.94 | 65,463.92 | 7,351.78 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 72,490.47 | 7,249.04 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 7,937.26 |
| Disbursements to Creditors | $ | 80,064.74 |
| **TOTAL DISBURSEMENTS:** | $ | 88,002.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    01/07/2013                          /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**